# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2701 Disciplinary Docket No. 3 |
| | : | |
| FREDERICK J. MEAGHER, JR. | : | Board File No. C3-20-49 |
| | : | |
| | : | (New York Supreme Court, Appellate |
| | : | Division, Third Judicial Department, No., |
| | : | PM-238-19) |
| | : | |
| | : | Attorney Registration No. 25283 |
| | : | |
| | : | (Out of State) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of May, 2020, having failed to respond to a Notice and Order directing him to provide reasons against the imposition of reciprocal discipline, Frederick J. Meagher, Jr., is disbarred in the Commonwealth of Pennsylvania. He shall comply with all the provisions of Pa.R.D.E. 217.